**Harold Lee SMITH, Petitioner–Appellant,**

**v.**

**Kenny ATKINSON, Respondent–Appellee,**

**and**

**Federal Bureau of Prisons; United States, Respondents.**

**No. 13–7241.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 19, 2013.

Decided: Nov. 22, 2013.

Harold Lee Smith, Appellant Pro Se.

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Lee Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing without prejudice Smith's 28 U.S.C.A. § 2241 (West 2006 & Supp.2013) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Smith v. Atkinson,* No. 9:13–cv–00384–RMG, 2013 WL 3833050 (D.S.C. July 23, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*